No. 4485.—A. ALVAREZ & HNOS., aplda., *v.* ITURREGUI

HNOS. ET AL., apltes.—C. D. San Juan. Junio 12, 1928. Vista la moción sobre desestimación que antecede, fundada en la falta de señalamiento de errores por separado de acuerdo con el reglamento, y la constante jurisprudencia de este tribunal; y apareciendo que los apelantes no solamente han dejado de cumplir con la regla y práctica establecidas en el sentido indicado, sino que tampoco presentan ningún argumento sólido o persuasivo en apoyo de las supuestas cuestiones de derecho planteadas y de la escueta opinión del abogado de los apelantes sobre la materia,—se declara con lugar la referida moción, y, en su consecuencia, se desestima la apelación interpuesta.